# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 25, 2005*

[Cite as *04/25/2005 Case Announcements,* 2005-Ohio-1887.]

## MISCELLANEOUS DISMISSALS

**2005–0190.  Wears v. Motorists Mut. Ins. Co.**

Summit App. No. 22027, 2004-Ohio-6734 and 2005-Ohio-341. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2005–0557.  Strongsville Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2003–G–663. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.